UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STACEY WILLIAMS,

    Plaintiff,

v.                                              Case No. 18-CV-749

CHC MANAGEMENT SERVICES, LLC,

    Defendant.

---

## VOLUNTARY STIPULATION OF DISMISSAL

---

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated:  October 18, 2019      By: *s/ David M. Potteiger*
                                                   David M. Potteiger, SBN 1067009
                                                   Walcheske & Luzi, LLC
                                                   15850 W. Bluemound Road, Suite 304
                                                   Brookfield, Wisconsin 53005
                                                   Telephone: (262) 780-1953
                                                   Email:  dpotteiger@walcheskeluzi.com
                                                   *Attorneys for Plaintiff*

Dated:  October 18, 2019      By: *s/ Casey M. Kaiser*
                                                   Casey M. Kaiser, SBN 1088881
                                                   LITTLER MENDELSON, P.C.
                                                   111 East Kilbourn Avenue, Suite 1000
                                                   Milwaukee, Wisconsin 53202
                                                   Telephone: (414) 291-5536
                                                   Email: ckaiser@littler.com
                                                   *Attorneys for Defendant*